**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA and COURTNEY GARCIA,<br><br>        Plaintiff,<br><br>vs.<br><br>FIDELITY MORTGAGE COMPANY, a California company, PACIFIC HOME BROKERS, a California company, LONG BEACH MORTGAGE COMPANY, WASHINGTON MUTUAL, FIRST CALIFORNIA TITLE, BERT COKER, an individual, JOEL ATWATER, an individual, SCOTT TUCKER, an individual, MICHELE ROBERTS, an individual, and DOES 1 to 50,<br><br>        Defendant.<br>_____/ | No. C-05-5144 MEJ<br><br>**ORDER DIRECTING PARTIES TO FILE A CHAMBERS COPY OF ALL E-FILED DOCUMENTS** |

    This Court has not received Chambers copies for Docket #10 or #12. General Order 45.VI.G states,

    [i]n all cases subject to ECF, in addition to filing papers electronically, the parties are required to lodge for chambers no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically. These printed copies shall be marked "Chambers Copy" and shall be clearly marked with the judge's name, case number, and "Chambers Copy-Do Not File." The printed copies shall be delivered to the Clerk's Office. Parties shall not file a paper copy of any

document with the Clerk's Office that has already been filed electronically. General Order 45.VI.G.  Failure to comply with this Order will result in sanctions.

**IT IS SO ORDERED.**

Dated: May 8, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2