ROBERT F. KANE, ESQ. (SBN 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102

Attorneys for Plaintiffs
MICHAEL GARCIA and
COURTNEY GARCIA
SCOTT R. SANDERS
JUDITH WHITWORTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL GARCIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FIDELITY MORTGAGE COMPANY, et al. <br><br> Defendants. | Case No. C 05-5144 MEJ <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| SCOTT R. SANDERS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY MORTGAGE COMPANY, et al. <br><br> Defendants. | Case No. C 05-4990 MEJ |
| JUDITH WHITWORTH, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FIDELITY MORTGAGE COMPANY, et al. <br><br> Defendants. | Case No. C 05-4725 MEJ |

11653.1

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS

1  The undersigned parties or their counsel report that they have met and conferred regarding
2  ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  The parties agree to participate in the following ADR process with respect to these related
4  cases:
5  Court Processes:
6  X    Mediation (ADR L.R. 6.)
7  Pursuant to the Court's order, the parties agree to hold the ADR session by August 30,
8  2006.
9
10 Dated:                                LAW OFFICES OF ROBERT F. KANE
11
12                                       By_____
                                            ROBERT F. KANE
                                         Attorneys for Plaintiffs
13                                       MICHAEL GARCIA and COURTNEY GARCIA,
                                         SCOTT R. SANDERS and JUDITH WHITWORTH
14
15
16 Dated:                                _____
17                                       JOEL ATWATER, In Pro Per

18 Dated: 6-15-06                         _____
19                                       SCOTT TUCKES, In Pro Per

20 Dated:                                _____
21                                       MICHELE ROBERTS, In Pro Per

22
23 Dated:                                GOFORTH & LUCAS
24
25                                       By_____
                                            CHRISTOPHER LUCAS
                                         Attorneys for Defendants
26                                       FIDELITY MORTGAGE COMPANY,
                                         PACIFIC HOME BROKERS and
27                                       BERT COKER
28

31653.1
                                    2       STIPULATION AND [PROPOSED] ORDER
                                            SELECTING ADR PROCESS

The undersigned parties or their counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process with respect to these related cases:

Court Processes:

X    Mediation (ADR L.R. 6.)

Pursuant to the Court's order, the parties agree to hold the ADR session by August 30, 2006.

Dated:            LAW OFFICES OF ROBERT F. KANE

By_____
  ROBERT F. KANE
Attorneys for Plaintiffs
MICHAEL GARCIA and COURTNEY GARCIA,
SCOTT R. SANDERS and JUDITH WHITWORTH

Dated:

_____
JOEL ATWATER, In Pro Per

Dated:

_____
SCOTT TUCKES, In Pro Per

Dated:

_____
MICHELE ROBERTS, In Pro Per

Dated:            GOFORTH & LUCAS

By_____
  CHRISTOPHER LUCAS
Attorneys for Defendants
FIDELITY MORTGAGE COMPANY,
PACIFIC HOME BROKERS and
BERT COKER

1  The undersigned parties or their counsel report that they have met and conferred regarding
2  ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  The parties agree to participate in the following ADR process with respect to these related
4  cases:
5  Court Processes:
6  X   Mediation (ADR L.R. 6.)
7  Pursuant to the Court's order, the parties agree to hold the ADR session by August 30,
8  2006.
9  Dated:                                            LAW OFFICES OF ROBERT F. KANE
10
11                                                   By_____
12                                                       ROBERT F. KANE
                                                     Attorneys for Plaintiffs
13                                                   MICHAEL GARCIA and COURTNEY GARCIA,
                                                     SCOTT R. SANDERS and JUDITH WHITWORTH
14
15
16  Dated:                                            _____
                                                     JOEL ATWATER, In Pro Per
17
18  Dated:                                            _____
                                                     SCOTT TUCKES, In Pro Per
19
20  Dated:                                            _____
21                                                   MICHELE ROBERTS, In Pro Per
22
23  Dated: 6-12-06                                   GOFORTH & LUCAS
24
                                                     By_____
25                                                       CHRISTOPHER LUCAS
                                                     Attorneys for Defendants
26                                                   FIDELITY MORTGAGE COMPANY,
                                                     PACIFIC HOME BROKERS and
27                                                   BERT COKER
28

$1653.1

2                                                                    STIPULATION AND [PROPOSED] ORDER
                                                                     SELECTING ADR PROCESS

1  Plaintiffs Michael Garcia and Courtney Garcia and Scott R. Sanders and defendant
2  First California Title Company also have met and conferred regarding ADR and have
3  reached the following stipulation pursuant to Civil. L.R. 16-8 and ADR L.R. 3-5:
4  The parties agree to participate in the following ADR process with respect to these
5  related cases:
6  Court Processes:
7  X   Mediation (ADR L.R. 6.)
8  Pursuant to the Court's order, the parties agree to hold the ADR session by August
9  30, 2006.
10  Dated: June 15, 2006.

PILLSBURY WINTHROP SHAW PITTMAN LLP
SCOTT A. SOMMER
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880

By _____
Attorneys for Defendant
FIRST CALIFORNIA TITLE COMPANY

17  Dated: June 26, 2006.

LAW OFFICES OF ROBERT F. KANE
ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102

By _____
Attorneys for Plaintiffs
MICHAEL GARCIA and COURTNEY
GARCIA and SCOTT R. SANDERS

Dated: May 31, 2006

MUSICK, PEELER & GARRETT LLP

By: _____
CATHERINE M. LEE
Attorneys for Defendants
LONG BEACH MORTGAGE COMPANY and
WASHINGTON MUTUAL BANK

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matters are hereby referred to mediation. Said mediation shall be performed by August 30, 2006.

IT IS SO ORDERED.

Dated: August 1, 2006

_____
UNITED STATES DISTRICT JUDGE

*Judge Maria-Elena James*