**United States District Court**

**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA and COURTNEY GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>FIDELITY MORTGAGE COMPANY, a California company, PACIFIC HOME BROKERS, a California company, LONG BEACH MORTGAGE COMPANY, WASHINGTON MUTUAL, FIRST CALIFORNIA TITLE, BERT COKER, an individual, JOEL ATWATER, an individual, SCOTT TUCKER, an individual, MICHELE ROBERTS, an individual, and DOES 1 to 50,<br><br>    Defendant. | No. C-05-5144 MEJ<br><br>**ORDER RESCHEDULING CMC**<br><br>**ORDER EXTENDING MEDIATION DEADLINE** |

The Court is in receipt of Robert F. Kane's letter dated August 3, 2006. Mr. Kane requests that both the CMC and mediation deadlines be extended. Accordingly, the CMC is rescheduled to September 28, 2006, 2006 at 10:00 a.m. The mediation deadline is also extended to September 28, 2006.

**IT IS SO ORDERED.**

Dated: August 7, 2006

                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge