1 ROBERT F. KANE, ESQ. (SBN 71407)
  LAW OFFICES OF ROBERT F. KANE
2 870 Market Street, Suite 1128
  San Francisco, CA 94102
3
4 Attorneys for Plaintiffs
  MICHAEL GARCIA and
5 COURTNEY GARCIA
  SCOTT R. SANDERS
6 JUDITH WHITWORTH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL GARCIA, et al.,<br>Plaintiffs,<br>v.<br>FIDELITY MORTGAGE COMPANY, et al.<br>Defendants. | Case No. C 05-5144 MEJ |
| SCOTT R. SANDERS, an individual,<br>Plaintiff,<br>v.<br>FIDELITY MORTGAGE COMPANY, et al.<br>Defendants. | Case No. C 05-4990 MEJ |
| JUDITH WHITWORTH, an individual,<br>Plaintiff,<br>v.<br>FIDELITY MORTGAGE COMPANY, et al.<br>Defendants. | Case No. C 05-4725 MEJ<br>STIPULATION AND [PROPOSED]<br>ORDER RE MEDIATION AND<br>CASE MANAGEMENT CONFERENCE |

The undersigned parties or their counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 6-5:

1  Due to the number of parties and the mediator's schedule, the parties have agreed to
2  mediate this matter on December 5, 2006 and accordingly request an extension of the court
3  deadline of September 28, 2006 to complete mediation.
4  As a result of the foregoing, the parties further request that the case management
5  conference which is currently set for September 28, 2006, be continued to after the December 5,
6  2006 mediation.

Dated: 9/25/06

LAW OFFICES OF ROBERT F. KANE
Attorneys for Plaintiffs
MICHAEL GARCIA and COURTNEY GARCIA

By _____
ROBERT F. KANE

Dated: _____

_____
JOEL ATWATER, In Pro Per

Dated: _____

_____
SCOTT TUCKES, In Pro Per

Dated: _____

_____
MICHELE ROBERTS, In Pro Per

Dated: 9/13/06

GOFORTH & LUCAS
Attorneys for Defendants
FIDELITY MORTGAGE COMPANY,
PACIFIC HOME BROKERS and
BERT COKER

By _____
CHRISTOPHER LUCAS

2   STIPULATION AND [PROPOSED] ORDER
RE MEDIATION

11
12
13              **[PROPOSED] ORDER**
14
15       Pursuant to the Stipulation above, the mediation shall be performed by December 5, 2006
16   and the Case Management Conference is continued to _____ at _____.
17   IT IS SO ORDERED.
18
19   Dated:_____     _____
20                                              UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

1  Due to the number of parties and the mediator's schedule, the parties have agreed to
2  mediate this matter on December 5, 2006 and accordingly request an extension of the court
3  deadline of September 28, 2006 to complete mediation.
4  As a result of the foregoing, the parties further request that the case management
5  conference which is currently set for September 28, 2006, be continued to after the December 5,
6  2006 mediation.

7  Dated:

       LAW OFFICES OF ROBERT F. KANE
8        Attorneys for Plaintiffs
       MICHAEL GARCIA and COURTNEY GARCIA
9

10        By_____
11         ROBERT F. KANE

12

13 Dated: 9/25/06     _____
14        JOEL ATWATER, In Pro Per

15 Dated:
16        _____
       SCOTT TUCKES, In Pro Per

17
18 Dated:      _____
       MICHELE ROBERTS, In Pro Per

19
20 Dated:      GOFORTH & LUCAS
       Attorneys for Defendants
21        FIDELITY MORTGAGE COMPANY,
       PACIFIC HOME BROKERS and
22        BERT COKER

23
24        By_____
        CHRISTOPHER LUCAS
25
26
27
28

Due to the number of parties and the mediator's schedule, the parties have agreed to mediate this matter on December 5, 2006 and accordingly request an extension of the court deadline of September 28, 2006 to complete mediation.

As a result of the foregoing, the parties further request that the case management conference which is currently set for September 28, 2006, be continued to after the December 5, 2006 mediation.

Dated:                    LAW OFFICES OF ROBERT F. KANE
                          Attorneys for Plaintiffs
                          MICHAEL GARCIA and COURTNEY GARCIA

                          By_____
                          ROBERT F. KANE


Dated:                    _____
                          JOEL ATWATER, In Pro Per

Dated: 9-19-06            _____
                          SCOTT TUCKES, In Pro Per

Dated:                    _____
                          MICHELE ROBERTS, In Pro Per

Dated:                    GOFORTH & LUCAS
                          Attorneys for Defendants
                          FIDELITY MORTGAGE COMPANY,
                          PACIFIC HOME BROKERS and
                          BERT COKER

                          By_____
                          CHRISTOPHER LUCAS

2    STIPULATION AND [PROPOSED] ORDER RE MEDIATION

Fm:Scott Cole & Associates, APC    To:Robert Kane, Esquire (4159825821)    Case 3:05-cv-05144-MHP    Document 33    Filed 09/27/06    Page 6 of 8    9/19/06 EST Pg 2-2

09/11/2006  16:50    4159825821                                    PAGE  05/06

1  Due to the number of parties and the mediator's schedule, the parties have agreed to
2  mediate this matter on December 5, 2006 and accordingly request an extension of the court
3  deadline of September 28, 2006 to complete mediation.
4  As a result of the foregoing, the parties further request that the case management
5  conference which is currently set for September 28, 2006, be continued to after the December 5,
6  2006 mediation.

7  Dated:                                    LAW OFFICES OF ROBERT F. KANE
8                                            Attorneys for Plaintiffs
9                                            MICHAEL GARCIA and COURTNEY GARCIA

10                                           By_____
11                                              ROBERT F. KANE

13  Dated:
14                                           _____
                                             JOEL ATWATER, In Pro Per

15  Dated:
16                                           SCOTT TUCKES, In Pro Per

17  Dated: 9/19/06
18                                           _____
                                             MICHELE ROBERTS, In Pro Per

20  Dated:                                    GOFORTH & LUCAS
21                                            Attorneys for Defendants
                                              FIDELITY MORTGAGE COMPANY,
22                                            PACIFIC HOME BROKERS and
                                              BERT COKER

24                                           By_____
                                              CHRISTOPHER LUCAS

                                      2     STIPULATION AND [PROPOSED] ORDER
                                            RE MEDIATION

1  Dated: September 11, 2006              MUSICK, PEELER & GARRETT LLP
2                                         Attorneys for Defendants
                                          LONG BEACH MORTGAGE COMPANY and
3                                         WASHINGTON MUTUAL BANK
4
5                                         By_____
                                              CATHERINE M. LEE
6
7  Dated:                                 PILLSBURY WINTHROP SHAW
                                          PITTMAN LLP
8                                         Attorneys for Defendant
                                          FIRST CALIFORNIA TITLE
9
10
                                          By_____
11                                            SCOTT SOMMER
12
13                          [PROPOSED] ORDER
14
15     Pursuant to the Stipulation above, the mediation shall be performed by December 5, 2006
16  and the Case Management Conference is continued to _____ at _____.
17  IT IS SO ORDERED.
18
19  Dated:_____            _____
20                                       UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26
27
28

                                    3                    STIPULATION AND [PROPOSED] ORDER
                                                                         RE MEDIATION

Dated: _____

MUSICK, PEELER & GARRETT LLP
Attorneys for Defendants
LONG BEACH MORTGAGE COMPANY and
WASHINGTON MUTUAL BANK

By_____
CATHERINE M. LEE

Dated: September 19, 2006

PILLSBURY WINTHROP SHAW
PITTMAN LLP
Attorneys for Defendant
FIRST CALIFORNIA TITLE

By_____ *for*
SCOTT SOMMER

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the mediation shall be performed by December 5, 2006 ~~and the Case Management Conference is continued to _____ at _____.~~

~~IT IS SO ORDERED.~~

Dated: _____            _____
                                  UNITED STATES MAGISTRATE JUDGE

The parties are ordered to submit a joint case managment statement upon completion of mediation.

The case management conference scheduled for September 28, 2006, is hereby vacated.

IT IS SO ORDERED.

September 27, 2006

*IT IS SO ORDERED*
*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER
RE MEDIATION