<div style="writing-mode: vertical">**United States District Court**
For the Northern District of California</div>

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GARCIA et. al.,

    Plaintiff,

vs.

FIDELITY MORTGAGE COMPANY, et al.,

    Defendants.
                                         /

SCOTT R. SANDERS, an individual,

    Plaintiff

vs.

FIDELITY MORTGAGE COMPANY, et al.

Defendants
                                         /

JUDITH WHITWORTH, an individual,

plaintiff,

vs.

FIDELITY MORTGAGE COMPANY, et al.

Defendants
                                         /

No. C-05-5144 MEJ

No. C-05-4990 MEJ

No. C-05-4725 MEJ

**ORDER SETTING CASE
MANAGEMENT CONFERENCE**

The Court hereby sets the Case Management Conference in this matter for February 8, 2007, at 10:00 A.M., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: January 9, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

2