UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA and COURTNEY GARCIA, <br><br> Plaintiff(s), <br><br> v. <br><br> FIDELITY MORTGAGE CO., et al., <br><br> Defendant(s). | No. C05-5144 MEJ (BZ) <br><br> **NOTICE OF RECUSAL** |

I hereby recuse myself in the above action.

Dated: March 13, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\MISC\GARCIA.RECUSAL.wpd

1