UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH WHITWORTH, | No. C-05-4725 MEJ (EMC) |
| Plaintiff, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| FIDELITY MORTGAGE COMPANY, *et al.*, | |
| Defendants. _____/ | RELATED TO |
| SCOTT R. SANDERS, | No. C-05-4990 MEJ (EMC) |
| Plaintiff, | |
| v. | |
| FIDELITY MORTGAGE COMPANY, *et al.*, | |
| Defendants. _____/ | |
| MICHAEL GARCIA, *et al.*, | No. C-05-5144 MEJ (EMC) |
| Plaintiffs, | |
| v. | |
| FIDELITY MORTGAGE COMPANY, *et al.*, | |
| Defendants. _____/ | |

By letter dated July 9, 2007, Defendant MICHELE L. ROBERTS requested to be excused from personally appearing at the Settlement Conference scheduled for July 27, 2007. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Defendant MICHELE L. ROBERTS be available by telephone from 9:30 a.m. Pacific Time until further notice on July 27, 2007.

If the Court concludes that the absence of Defendant MICHELE L. ROBERTS is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including Defendant MICHELE L. ROBERTS.

IT IS SO ORDERED.

Dated: July 26, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge