1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GARCIA,

           Plaintiff,

   vs.

FIDELITY MORTGAGE COMPANY, et al.,

           Defendants.

_____/

Case No. C-05-5144 MEJ

ORDER SETTING STATUS
CONFERENCE

      The Court hereby sets a status conference in this case for February 22, 2008, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California..

     **IT IS SO ORDERED.**

Dated: February 12, 2008

_____
MARIA-ELENA JAMES
United States Magistrate Judge