IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH WHITWORTH, | Case No. C-05-4725 MEJ |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| vs. | |
| FIDELITY MORTGAGE COMPANY, et al., | |
| Defendants. | |

The Court hereby sets a status conference in this case for February 22, 2008, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California..

**IT IS SO ORDERED.**

Dated: February 12, 2008

MARIA-ELENA JAMES
United States Magistrate Judge