IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT R. SANDERS, | Case No. C-05-4990 MEJ |
| Plaintiff, | ORDER CORRECTING DATE FOR STATUS CONFERENCE |
| vs. | |
| FIDELITY MORTGAGE COMPANY, et al., | |
| Defendants. | |
| _____/ | |

In the Order filed on February 12, 2008, a status conference was set for February 22, 2008. That date is incorrect. The Status Conference in this matter should have been set for February 21, 2008, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California. Therefore the Court hereby sets for the later date: February 21, 2008.

**IT IS SO ORDERED.**

Dated: February 13, 2008

MARIA-ELENA JAMES
United States Magistrate Judge