United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA, et al., | Case No. C-05-5144 MEJ |
| Plaintiffs, | ORDER SETTING STATUS CONFERENCE; |
| vs. | |
| FIDELITY MORTGAGE COMPANY, et al., | ORDER SETTING DATE FOR HEARING ON WITHDRAWAL OF COUNSEL |
| Defendants. | |

The Court hereby sets a status conference in this matter for April 24, at 10:00 a.m., in Courtroom B., 450 Golden Gate Avenue, San Francisco, California. The Court will also hear Defendants' Motion to Withdraw as Attorney.

**IT IS SO ORDERED.**

Dated: April 16, 2008

MARIA-ELENA JAMES
United States Magistrate Judge