**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GARCIA, et al., | No. C-05-5144 MEJ |
| Plaintiffs, | Related cases: |
| | No. C-05-4990 MEJ |
| vs. | No. C-05-4725 MEJ |
| FIDELITY MORTGAGE COMPANY, et al., | **ORDER REQUESTING STATUS UPDATE** |
| Defendants. | |
| _____/ | |

On June 20, 2008, Plaintiffs in the above-captioned matter filed a status report, in which Plaintiffs reported that the Bankruptcy Trustee had scheduled a further meeting on July 8, 2008. Since that time, no further status report has been filed. Accordingly, the Court ORDERS the parties to submit a status report by November 21, 2008.

**IT IS SO ORDERED.**

Dated: November 13, 2008                    _____
                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge