ROBERT F. KANE, ESQ. (SBN 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102

Attorneys for Plaintiffs
MICHAEL GARCIA and
COURTNEY GARCIA
SCOTT R. SANDERS
JUDITH WHITWORTH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL GARCIA, et al., <br> Plaintiffs, <br> v. <br> FIDELITY MORTGAGE COMPANY, et al. <br> Defendants. | Case No. C 05-5144 MEJ <br><br> **STATUS REPORT** |
| SCOTT R. SANDERS, an individual, <br> Plaintiff, <br> v. <br> FIDELITY MORTGAGE COMPANY, et al. <br> Defendants. | Case No. C 05-4990 MEJ |
| JUDITH WHITWORTH, an individual, <br> Plaintiff, <br> v. <br> FIDELITY MORTGAGE COMPANY, et al. <br> Defendants. | Case No. C 05-4725 MEJ |

Plaintiffs believe that the matters in bankruptcy court may be resolved within the end of the

1

CASE MANAGEMENT CONFERENCE
STATUS REPORT

year. Plaintiffs request that the matter be held in abeyance pending an updated status report from Plaintiffs be filed on or before January 7, 2009.

Respectfully Submitted,

Dated: November 14, 2008

LAW OFFICES OF ROBERT F. KANE
Attorneys for Plaintiffs
MICHAEL GARCIA, COURTNEY GARCIA
JUDITH WHITWORTH and SCOTT SANDERS

By_____
ROBERT F. KANE

The parties shall file an updated status report by January 14, 2009.

Dated: November 17, 2008

*IT IS SO ORDERED*
*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA