ROBERT F. KANE, ESQ. (SBN 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102

Attorneys for Plaintiff
MICHAEL GARCIA AND COURTNEY GARCIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL GARCIA AND COURTNEY GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>FIDELITY MORTGAGE COMPANY, et al.<br><br>Defendants. | Case No. C 05-5144 MEJ<br>Related Cases:<br>  No. C-05-4990 MEJ<br>  No. C-05-4725 MEJ<br><br>**NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS** |

Plaintiffs MICHAEL GARCIA and COURTNEY GARCIA hereby give notice that the above-captioned matter be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1) against all remaining defendants except defendant Joel Atwater, whose default was entered on July 24, 2006. Each party to bear their own costs and attorney fees.

Dated: February 27, 2009

LAW OFFICES OF ROBERT F. KANE
Attorneys for Plaintiff
MICHAEL GARCIA AND COURTNEY GARCIA

By /s/ ROBERT F. KANE

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1

NAME OF DOC