UNITED STATES DISTRICT COURT

Northern District of California

MICHAEL GARCIA and COURTNEY GARCIA,

        Plaintiffs,

  v.

FIDELITY MORTGAGE COMPANY *et al.*,

        Defendants.

                                         /

No. C 05-5144 MHP (MEJ)

**ORDER RE EVIDENTIARY HEARING ON DAMAGES**

      On May 5, 2009, the Honorable Marilyn Hall Patel, the presiding judge in this action, issued a Memorandum & Order regarding Plaintiffs' Motion for Default Judgment. (Dkt. #95.) In her Order, Judge Patel granted default judgment in favor of Plaintiffs and against Defendant Joel Atwater. However, Judge Patel found that Plaintiffs had not submitted sufficient documentation and testimony regarding his claimed damages to enable the Court to determine the dollar amount it should award to Plaintiffs. (*Id*. at 6.) Accordingly, Judge Patel referred the matter to the undersigned to hold an evidentiary hearing on the issue of damages and to make findings of fact and recommendations regarding the specific amounts that should be awarded. Judge Patel also instructed Plaintiffs that, at the hearing, they will need to provide evidentiary support, such as documents, affidavits, or witness or expert testimony to corroborate their claimed damages. (*Id*.) Further, with respect to each area of damages Plaintiffs requested, Judge Patel outlined what evidence Plaintiffs would need to submit and what questions Plaintiffs would need to address to enable the undersigned to make a recommendation regarding the proper amount of damages recoverable.

      Since Judge Patel issued her Order, Plaintiffs have not filed any supplemental material in advance of the evidentiary hearing set for September 3, 2009. Thus, Plaintiffs have not addressed the questions raised in Judge Patel's Order or submitted additional evidence in response to the evidentiary deficiencies she pointed out in her ruling. The Court therefore finds it prudent to **CONTINUE** the hearing set for September 3, 2009, to allow Plaintiff one last opportunity to

marshal and present whatever evidence they may have to substantiate their requests for monetary damages. To assist Plaintiffs with this task, and so that the evidentiary hearing will be productive, the undersigned **ORDERS** as follows.

1.  Plaintiffs shall file a Supplemental Brief addressing - at a minimum - the questions posed in Judge Patel's Order and the issues outlined below.

2.  Along with the Supplemental Brief, Plaintiffs shall also file a witness list for any live testimony Plaintiffs intend to present during the evidentiary hearing.[1] The witness list should indicate the name of the witness and offer a brief (i.e., two or three sentences) explanation of what facts that witness will testify to at the hearing.

3.  Plaintiffs shall file their Supplemental Brief, witness list, and any additional declarations, affidavits, or documents they wish the Court to consider by September 18, 2009.

4.  In preparing their Supplemental Brief, Plaintiffs must address the following questions and issues raised in Judge Patel's Order:

    a.  Order at 7:15-18.
    b.  Order at 8:7-9.
    c.  Order at 10:5-15.
    d.  Order at 11:7-9.
    e.  Order at 11:10-18.
    f..  Order at 12:18-24.

5.  The Court re-sets this matter for hearing on September 24, 2009, at 10:00 a.m. in Courtroom B, 15th Floor.

**IT IS SO ORDERED.**

---

[1] For the most part, declarations and affidavits should be sufficient and submitted in lieu of live testimony.

Dated: September 3, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge